FILED
2023 Mar-20 PM 04:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| | | |
|---|---|---|
| Vanessa King, *Plaintiff* | ) ) ) | |
| v. | ) | Case No. 2:23-cv-00357-JHE |
| Healthcare Revenue Recovery Group, LLC, a FL llc, *Defendant* | ) ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Vanessa King                                                           .

Date: 03/20/2023

s/ Bradford W. Botes
*Attorney's signature*

Bradford W. Botes, AL Bar No. ASB-1379043B
*Printed name and bar number*

15 Southlake Lane
Suite 140
Birmingham, Alabama 35244
*Address*

bbotes@bondnbotes.com
*E-mail address*

(205) 802-2200
*Telephone number*

(205) 870-3698
*FAX number*