# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| Vanessa King, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>Healthcare Revenue Recovery Group, )<br>LLC, a Florida limited liability company, )<br>d/b/a Account Resolution Services, )<br>)<br>Defendant. ) | **Summons**<br>(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)<br><br>CIVIL ACTION CASE NUMBER:<br><br>No. 2:23-cv-00357-JHE |

## Summons in a Civil Action

To:  Healthcare Revenue Recovery Group, LLC,
d/b/a Account Resolution Services
c/o Corporation Service Company, Inc., registered agent
641 South Lawrence Street
Montgome3ry, Alabama 36104

NOTE: A separate summons must be
           prepared for each defendant.

A lawsuit has been filed against you.

          Within    21    days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

David J. Philipps
Philipps & Philipps, 9760 S. Roberts Road, Suite One, Palos Hills, Illinois 60465

Bradford W. Botes
Bond, Botes, Reese & Shinn, P.C., 15 Southlake Lane, Suite 140, Birmingham, Alabama 35244

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.**
You also must file your answer or motion with the court.

DATE: 3-24-23

SEE REVERSE SIDE FOR RETURN

~~SHARON N. HARRIS~~, CLERK
By: _Angela Day_
Deputy Clerk
(SEAL OF COURT)
NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

7020 3160 0000 8169 3745