FILED

2023 Apr-18  PM 01:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| VANESSA KING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 2:23-cv-00357-JHE |
| | ) | |
| HEALTHCARE REVENUE RECOVERY | ) | |
| GROUP, LLC, a Florida Limited Liability | ) | |
| Company, d/b/a ACCOUNT RESOLUTION | ) | |
| SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Healthcare Revenue Recovery Group, LLC ("HRRG") by and through its attorneys of Gordon Rees Scully Mansukhani, LLP, submits the following consent motion for an extension of time to file its response to Plaintiff's Complaint up to and including May 9, 2023. Plaintiff's counsel does not oppose the extension requested herein and has consented to the request, and HRRG has not made any prior requests for an extension of any deadlines. In further support of its motion, HRRG states as follows:

1.      Plaintiff filed her Complaint on March 20, 2023 in the Northern District of Alabama.

2.      HRRG was served with Plaintiff's Complaint on March 28, 2023. Accordingly, HRRG's deadline to respond to is April 18, 2023.

3.      Under Rule 6 of the Federal Rules of Civil Procedure, the Court may, for good cause, provide a movant with extensions of time of any pending deadline if the request is made before the expiration of the original deadline. Fed. R. Civ. P. 6(b)(1)(A).

4.      In order to allow undersigned counsel time to investigate Plaintiff's claims, review all necessary documents, and prepare a response to the Complaint, the undersigned counsel requests a three (3) week extension of time through and including May 9, 2023 for HRRG to file a response to the Complaint.

5.      This motion is not being brought to unduly delay these proceedings or to harass any party to this case.

6.      Defense counsel spoke to Plaintiff's counsel on April 18, 2023, and he courteously consented to the relief sought herein.

WHEREFORE, HRRG respectfully requests that this Honorable Court grant it an extension up to and including June 23, 2021 to answer or file an otherwise responsive pleading to Plaintiff's Complaint.

Dated: April 18, 2023                            Respectfully submitted,

                                                 **GORDON REES SCULLY**
                                                 **MANSUKHANI, LLP**

                                                 */s/ Joshua D. Wilson*
                                                 Joshua D. Wilson (Ala. Bar #3398 J73W)
                                                 420 North 20th Street
                                                 Suite 2200
                                                 Birmingham, AL 35203
                                                 Telephone:  615-772-9007
                                                 Facsimile: 615-970-7490
                                                 Email: jdwilson@grsm.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day electronically filed the foregoing **CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** with the Clerk of Court using the electronic filing system, which will automatically send email notification of such filing to all attorneys of record.

***<u>Attorneys for Plaintiff</u>***

David J. Philipps (AL Bar No. 4240-J13P)
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com

Bradford W. Botes (AL Bar No. 1379-O43B)
Bond, Botes, Reese & Shinn, P.C.
15 Southlake Lane
Suite 140
Birmingham, Alabama 35244
(205) 802-2200
(205) 870-3698 (FAX)
bbotes@bondnbotes.com

*/s/ Joshua D. Wilson*
Joshua D. Wilson (Ala. Bar #3398 J73W)
420 North 20th Street
Suite 2200
Birmingham, AL 35203
Telephone: 615-772-9007
Facsimile: 615-970-7490
Email: jdwilson@grsm.com