# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| VANESSA KING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:23-cv-00357-JHE |
| ) | |
| HEALTHCARE REVENUE RECOVERY ) | |
| GROUP, LLC, a Florida Limited Liability ) | |
| Company, d/b/a ACCOUNT RESOLUTION ) | |
| SERVICES, ) | |
| ) | |
| Defendant. ) | |

## CONSENT MOTION FOR A SECOND EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Healthcare Revenue Recovery Group, LLC ("HRRG") by and through its attorneys of Gordon Rees Scully Mansukhani, LLP, submits the following consent motion for an additional extension of time to file its response to Plaintiff's Complaint, up to and including May 23, 2023. HRRG has made one prior request for an extension of the responsive pleading deadline. As the parties are working on resolution of this matter, Plaintiff's counsel does not oppose the additional extension requested herein, and has consented to the request. In further support of its motion, HRRG states as follows:

1.  Plaintiff filed her Complaint on March 20, 2023 in the Northern District of Alabama.

2.  HRRG was served with Plaintiff's Complaint on March 28, 2023. Accordingly, HRRG's initial deadline to respond was April 18, 2023.

3.  On April 18, 2023, HRRG filed its initial consent motion for an extension of time to file its responsive pleading, praying for a three (3) week extension of time through and including May 9, 2023.

4. Plaintiff courteously consented to that relief, and the Court granted the consent motion on April 18, 2023.

5. In the time since, defense counsel investigated Plaintiff's claims, reviewed certain underlying documents, and conferred with his client. Defense counsel also discussed settlement with Plaintiff's counsel, and the parties believe they are close to settling this action. Additional time is needed to finalize the terms and conditions of that settlement, and HRRG is seeking a second extension of the responsive pleading deadline, so that the parties can conserve resources.

6. Under Rule 6 of the Federal Rules of Civil Procedure, the Court may, for good cause, provide a movant with extensions of time of any pending deadline if the request is made before the expiration of the original deadline. Fed. R. Civ. P. 6(b)(1)(A).

7. The undersigned counsel respectfully requests a two (2) week extension of the responsive pleading deadline, through and including May 23, 2023, so that the parties may work on finalizing the settlement of this action.

8. This motion is not being brought to unduly delay these proceedings or to harass any party to this case.

9. Defense counsel spoke to Plaintiff's counsel on May 9, 2023, and he courteously consented to the relief sought herein.

WHEREFORE, HRRG respectfully requests that this Honorable Court grant it an extension up to and including May 23, 2023 to answer or file an otherwise responsive pleading to Plaintiff's Complaint.

Dated: May 9, 2023                            Respectfully submitted,

                                                               **GORDON REES SCULLY**
                                                               **MANSUKHANI, LLP**

                                                               */s/ Joshua D. Wilson*
                                                               Joshua D. Wilson (Ala. Bar #3398 J73W)
                                                               420 North 20th Street
                                                               Suite 2200
                                                               Birmingham, AL 35203
                                                               Telephone:  615-772-9007
                                                               Facsimile: 615-970-7490
                                                               Email: jdwilson@grsm.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing **CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** with the Clerk of Court using the electronic filing system, which will automatically send email notification of such filing to all attorneys of record.

*Attorneys for Plaintiff*

David J. Philipps (AL Bar No. 4240-J13P)
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com

Bradford W. Botes (AL Bar No. 1379-O43B)
Bond, Botes, Reese & Shinn, P.C.
15 Southlake Lane
Suite 140
Birmingham, Alabama 35244
(205) 802-2200
(205) 870-3698 (FAX)
bbotes@bondnbotes.com

                                          */s/ Joshua D. Wilson*
                                          Joshua D. Wilson (Ala. Bar #3398 J73W)
                                          420 North 20th Street
                                          Suite 2200
                                          Birmingham, AL 35203
                                          Telephone:  615-772-9007
                                          Facsimile: 615-970-7490
                                          Email: jdwilson@grsm.com