# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| Vanessa King, )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>Healthcare Revenue Recovery )<br>Group, LLC, a Florida limited )<br>liability company, d/b/a Account )<br>Resolution Services, )<br>    Defendant. ) | No.  2:23-cv-00357-JHE |

## NOTICE OF SETTLEMENT

Plaintiff hereby gives notice to the Court that she has reached a settlement of her claims against the Defendant. Plaintiff hereby requests that this Court cancel or stay all dates and give him leave to file for dismissal by July 7, 2023.

Dated:  May 23, 2023

One of Plaintiff's Attorneys

s/ David J. Philipps_____
David J. Philipps   (AL Bar No. 4240-J13P)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465

## CERTIFICATE OF SERVICE

 I hereby certify that on May 23, 2023, a copy of the foregoing **Notice of Settlement** was filed electronically.  Notice of this filing will be sent to the following party by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

| | |
|---|---|
| Joshua D. Wilson | jdwilson@grsm.com |
| Gordon Reese Scully Mansukhani, LLP | |
| 4031 Aspen Grove Drive | |
| Suite 290 | |
| Franklin, Tennessee 37067 | |

| | |
|---|---|
| Bradford W. Botes | bbotes@bondnbotes.com |
| Bond, Botes, Reese | |
|    & Shinn, P.C. | |
| 15 Southlake Lane | |
| Suite 140 | |
| Birmingham, Alabama 35244 | |


s/ David J. Philipps_____
David J. Philipps   (AL Bar No. 4240-J13P)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com