# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| Vanessa King, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )  No. 2:23-cv-00357-JHE |
| | ) |
| Healthcare Revenue Recovery Group, | ) |
| LLC, a Florida limited liability | ) |
| company, d/b/a Account Resolution | ) |
| Services, | ) |
| | ) |
|     Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, pursuant to settlement and F.R.C.P. Rule 41, having reached a settlement of her claims against Defendant, hereby stipulates to the dismissal of her claims with prejudice.

Dated: June 30, 2023

One of Plaintiff's Attorneys

s/ David J. Philipps_____

David J. Philipps   (AL Bar No. 4240-J13P)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2023, a copy of the foregoing **Notice of Voluntary Dismissal** was filed electronically. Electronic notice of this filing will be sent to the following parties. Parties may access this filing through the Court's system.

Joshua D. Wilson  jdwilson@grsm.com
Gordan Rees Scully
Mansukhani, LLP
420 North 20th Street
Suite 2200
Birmingham, Alabama 35203

Bradford W. Botes  bbotes@bondnbotes.com
Bond, Botes, Reese
   & Shinn, P.C.
15 Southlake Lane
Suite 150
Birmingham, Alabama 35244


s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com