FILED
2023 Jul-03  PM 04:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| VANESSA KING, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   Case No.: 2:23-cv-00357-JHE |
| HEALTHCARE REVENUE RECOVERY GROUP, LLC, | ) ) ) ) |
|     Defendant. | ) |

## CLERK'S COURT MINUTE ENTRY
## DISMISSAL PURSUANT TO VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff has voluntarily dismissed this action with prejudice.

Therefore, at the direction of the Honorable John H. England, III, this case is closed.

DATED: July 3, 2023

                                            GREER M. LYNCH, CLERK

                                            By:__Krysti Miller_____
                                                     Deputy Clerk